1
2
3
4
5
6     **IN THE UNITED STATES DISTRICT COURT**
7     **FOR THE DISTRICT OF ARIZONA**
8

| Baylee Samuel Farrell, | NO. CV-24-01231-PHX-SPL (ASB) |
|---|---|
| Plaintiff, | **NOTICE OF ASSIGNMENT** |
| v. | |
| Steven Grill, et al., | |
| Defendants. | |

On 5/10/2024, Plaintiff filed a Complaint with multiple Plaintiffs. The original case was severed and the new matter has been assigned the case number listed above. This case has been assigned to District Court Judge Steven P Logan and has been referred to Magistrate Judge Alison S Bachus and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

*s/Debra D. Lucas*

Debra D. Lucas
District Court Executive/Clerk of Court

May 24, 2024

By   s/ K. Gray
     Deputy Clerk

cc: Plaintiff

1
2
3
4
5
6                                         WARNING!
7  Failure to comply with the following rules will result in your document being
8  STRICKEN and/or your case being DISMISSED:
9  (1)     You must file a Notice of Change of Address if your address changes.
10 (2)     You must correctly label any further documents with the above assigned caption
11         and case numbers. LRCiv 7.1(a).
12 (3)     You must sign your name and date every document you file. FED. R. CIV. P. 11.
13 (4)     If applicable, you must provide an original and one copy of any document to be
14         filed. If you request a conformed copy, you must provide an original and two (2)
15         copies. LRCiv 5.4. This does not apply to prisoner e−filers.
16 (5)     If applicable, you must mail copies of every document you file to all respondents
17         or their attorneys, FED. R. CIV. P. 5(a), and every document you file must
18         include a certificate stating the date a copy of the document was mailed to
19         respondents or their attorneys. This does not apply to prisoner e−filers.
20 (6)     The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2.
21
22
23
24
25
26
27
28